CAUSE NO. CR-13-1992-C-R-B

FILED
11:50 M

FEB 11 2015

DEBRA CROW
Clerk District Court, Guadalupe Co. Tx.

THE STATE OF TEXAS                    IN THE 25TH JUDICIAL

VS.                                   DISTRICT COURT OF

ANTHONY DELEON                        GUADALUPE COUNTY, TEXAS

## MOTION FOR NEW TRIAL

TO THE HONORABLE JUDGE OF THE COURT:

COMES NOW ANTHONY DELEON, hereinafter known as Defendant, by and through his Attorney of Record, Mark Janssen, and files this his Motion for New Trial, and for cause of which would show the following:

I.

Texas Rules of Appellate Procedure, Rule 21, allows the filing of a Motion for New Trial within thirty days of the date the trial court imposes sentence in open court. Sentence was imposed in open court on January 28, 2015.

II.

As grounds for the granting of a new trial, Defendant, through his Attorney, alleges that any of the following occurred:

a) the defendant was unlawfully tried in absentia or was denied counsel;

b) the court misdirected the jury about the law or committed some other material error that likely injured the defendant's rights;

c) the verdict was decided by lot or in a manner other than a fair expression of the jurors' opinion;

d) a juror was bribed to convict or was guilty of any other corrupt conduct;

e) a material defense witness was kept from court by force, threats, or fraud, or evidence tending to establish the defendant's innocence was intentionally destroyed or withheld, thus preventing its production at trial;

f) after retiring to deliberate, the jury received other evidence, or a juror talked with anyone about the case, or a juror became so intoxicated that his or her vote was probably influenced as a result;

g) the jury engaged in such misconduct that the defendant did not receive a fair and impartial trial;

h) the verdict was contrary to the law and the evidence;

i) defendant's trial counsel was ineffective.

<u>PRAYER</u>

WHEREFORE, PREMISES CONSIDERED, Defendant prays that a new trial be granted.          Respectfully submitted,


Mark Janssen
Attorney for Defendant
110 East San Antonio
San Marcos, Texas 78666
512-396-0066
512-396-0075 FAX
Bar No. 10571950

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing instrument was delivered to the office of the district attorney of Guadalupe County, Texas in accordance with the Texas Rules of Procedure on this the 11th day of February, 2015.

Mark Janssen
Attorney for Defendant

CAUSE NO. CR-13-1992-C-R-B

THE STATE OF TEXAS                          IN THE 25TH JUDICIAL

VS.                                         DISTRICT COURT OF

ANTHONY DELEON                              GUADALUPE COUNTY, TEXAS

## O R D E R

On this the _____ day of _____,

_____, came on to be heard the Motion for New Trial, and after

considering same, it is the opinion of the Court that the Motion

should be:

GRANTED_____;

DENIED_____.



_____
PRESIDING JUDGE

CAUSE NO. CR-13-1992-C-R-B

| THE STATE OF TEXAS | IN THE 25TH JUDICIAL |
|---|---|
| VS. | DISTRICT COURT OF |
| ANTHONY DELEON | GUADALUPE COUNTY, TEXAS |

O R D E R

On this the _____ day of _____,

_____, came on to be heard the Motion for New Trial, and after

considering same, it is the opinion of the Court that the Motion

should be:

GRANTED_____;

DENIED_____.

_____
PRESIDING JUDGE

2/19/15   Not signed by Judge